IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR62 |
| vs. | ) | |
| WESLEY PAPPAS, | ) | ORDER |
| Defendant. | ) | |

Before the court is Magistrate Judge F.A. Gossett's Report and Recommendation regarding defendant Wesley Pappas' Motion to Suppress (filing no. 16). Defendant has objected to numerous portions of the magistrate's report. However, a review of the record indicates that the magistrate's report failed to address the <u>Miranda</u> issues raised by the defendant. Accordingly, this case is returned to Magistrate Judge Gossett for further consideration.

SO ORDERED.

DATED this 31st day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge